336 A.2d 887

### In re ESTATE of Adolph G. HOCHBAUM, Deceased.

### Appeal of the FIRST PENNSYLVANIA BANKING AND TRUST COMPANY et al.

Supreme Court of Pennsylvania.

Argued Nov. 26, 1974.

Decided May 13, 1975.

Reargument Denied June 20, 1975.

Milton P. King, Pechner, Sacks, Dorfman, James M. Marsh, Rosen & Richardson, John D. Lucey, Jr., LaBrum & Doak, Philadelphia, for appellants.

Edward H. Fackenthal, Henderson, Wetherill, O'Hey & Horsey, Norristown, for appellee.

Before JONES, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Costs on appellants.

EAGEN, J., did not participate in the consideration or decision of this case.